

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00486-CV

**RIVER CITY ROOFING & REMODELING, INC.,**
Appellant

v.

Howard **SOLOMON**,
Appellee

From the County Court, Guadalupe County, Texas
Trial Court No. 2012-CV-0135
Honorable Robin V. Dwyer, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE RIOS

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that Appellee Howard Solomon recover his costs on appeal from Appellant River City Roofing & Remodeling, Inc.

SIGNED August 22, 2018.

_Karen Angelini_
Karen Angelini, Justice